Jeffrey J. Hepworth, ISB No. 3455
J. Grady Hepworth, ISB No. 10364
HEPWORTH LAW OFFICE
2229 W. State Street
P.O. Box 2815
Boise, ID 83701-2815
Telephone: (208) 333-0702
Facsimile: (208) 246-8655
courtservice@idalawyer.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LORI TRUDEAU, an individual,<br><br>                       Plaintiff,<br>   v.<br><br>RUAN TRANSPORTATION MANAGEMENT SYSTEMS, INC, a corporation, JOHN DOE CORPORATIONS I-V, unknown entities or subsidiaries,<br><br>                       Defendants. | Case No. 1:20-cv-00443-BLW<br><br>**STIPULATION TO AMEND CASE CAPTION AND SUBSTITUTE NAMED DEFENDANT** |

       COME NOW the Plaintiff, Lori Trudeau, by and through her counsel of record, Hepworth Law Offices, and Defendant Ruan Transportation Management Systems, Inc., by and through its counsel of record, Duke Evett, PLLC, and hereby stipulate and jointly request pursuant to Federal Rule of Civil Procedure 21 to amend the caption to reflect "Ruan Transport Corporation" as the named Defendant. The parties hereby agree this proceeding's proper caption should appear as follows:

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LORI TRUDEAU, an individual,<br><br>    Plaintiff,<br>    v.<br><br>RUAN TRANSPORT CORPORATION, a corporation, JOHN DOE CORPORATIONS I-V, unknown entities or subsidiaries,<br><br>    Defendants. | Case No. 1:20-cv-00443-BLW<br><br>**[CAPTION]** |

HEPWORTH LAW OFFICES

By  /s/ *J. Grady Hepworth*
    J. Grady Hepworth
    Jeffrey J. Hepworth
    *Attorneys for Plaintiff*


DUKE EVETT, PLLC

By  /s/ Keely E. Duke
    Keely E. Duke – Of the Firm
    Taylor L. Bruun – Of the Firm
    *Attorneys for Defendant Ruan Transport Corporation*

CERTIFICATE OF SERVICE

    The undersigned, a resident attorney of the State of Idaho, with offices at 2229 W. State Street, Boise, Idaho, certifies that on the 20th day of November, 2020, he caused a true and correct copy of the <u>STIPULATION TO AMEND CASE CAPTION AND SUBSTITUTE NAMED DEFENDANT</u> to be forwarded with all required charges prepaid, by the method(s) indicated below, to the following:

| | | |
|---|---|---|
| Keely E. Duke | | |
| ISB #6044; ked@dukeevett.com | Hand Delivered | _____ |
| Taylor L. Bruun | U.S. Mail | _____ |
| ISB #10591; tlb@dukeevett.com | Fax | _____ |
| DUKE EVETT, PLLC | Fed. Express | _____ |
| 1087 West River Street, Suite 300 | ECF/Email | __X__ |
| P.O. Box 7387 | | |
| Boise, Idaho 83707 | | |
| Telephone (208) 342-3310 | | |
| Facsimile (208) 342-3299 | | |
| *Attorneys for Ruan Transport Corporation* | | |

| | | |
|---|---|---|
| Jeffrey J. Hepworth, ISB No. 3455 | | |
| J. Grady Hepworth, ISB No. 10364 | | |
| HEPWORTH LAW OFFICE | | |
| 2229 W. State Street | Hand Delivered | _____ |
| P.O. Box 2815 | U.S. Mail | _____ |
| Boise, ID 83701-2815 | Fax | _____ |
| Telephone: (208) 333-0702 | Fed. Express | _____ |
| Facsimile: (208) 246-8655 | ECF/Email | __X__ |
| courtservice@idalawyer.com | | |
| *Attorneys for Plaintiff* | | |

                                                       /s/ *J. Grady Hepworth*
                                                            J. Grady Hepworth