UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LORI TRUDEAU, an individual,<br><br>  Plaintiff,<br>  v.<br><br>RUAN TRANSPORT CORPORATION, a corporation, JOHN DOE CORPORATIONS I-V, unknown entities or subsidiaries,<br><br>  Defendants. | Case No. 1:20-cv-00443-MDH<br><br>**FINAL JUDGMENT** |

Ruan Transport Corporation, having tendered an *Offer of Judgment* pursuant to Fed. R. Civ. P. 68, and the same being timely accepted by Plaintiff Lori Trudeau on September 20, 2022,

**IT IS HEREBY ORDERED**:

Final Judgment shall be entered in favor of Plaintiff, LORI TRUDEAU, and against defendant, RUAN TRANSPORT CORPORATION in the amount of SEVENTY THOUSAND DOLLARS ($70,000.00), which is inclusive of all costs and any attorney's fees allowable by law.


DATED     September 29, 2022

  */s/Douglas Harpool*
  Douglas Harpool
  United States District Judge